HARRY G. KESNER et al., Appellants, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

Argued October 2, 1940; decided October 18, 1940.

*Myron M. Behrman* for appellants.

*Flynn L. Andrew* and *John M. Friedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN. FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.